# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RODRICK J SILAS,**

CASE NO: **1:17–CV–00012–DAD–JLT**

v.

**SELECT PORTFOLIO SERVICING, INC., ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/19/2017**

**Marianne Matherly**
Clerk of Court

ENTERED:  **May 19, 2017**

by: /s/ S. Sant Agata
Deputy Clerk